AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| D'Alfonza V. Mikell | ) | Case No. |
| | ) | 2:19-mj-00007 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED
JAN 11 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 10, 2019   in the county of   Kanawha   in the Southern District of West Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

On 1/10/19, a CS gave information to MDENT that D'Alfonza V. Mikell had drugs to sell. The CS agreed to meet Mikell at the McDonald's in the 1600 block of Washington St. E., Charleston, WV. Detectives watched the CS approach the vehicle Mikell was in and appear to conduct a transaction. Officer's approached the vehicle and removed Mikell from the passenger seat. Officer found about 25 grams of suspected methamphetaine in his pocket that field tested postive.

☐ Continued on the attached sheet.

DET. *[signature]*
*Complainant's signature*

E.S. Johnson, Detective MDENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   01/10/2019

*[signature]*
*Judge's signature*

City and state:   Charleston, West Virginia   Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*